An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

THE D; AND ZURICH INSURANCE,
                    Appellants,

vs.

GARY MOGG,
                    Respondent.

No. 65580

**FILED**

JAN 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:     Hon. Gloria Sturman, District Judge
        Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
        Nevada Attorney for Injured Workers/Las Vegas
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-00900